Thomas F. Jeffrey SBN 110974
Law Office of Thomas F. Jeffrey
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone: (707) 543-8530
Facsimile: (707) 543-8549

Attorney for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-10219 |
| | A.P. No. 10-01014 |
| OCTAVIO VEGA and | |
| ANITA VEGA, | Chapter 13 |
| Debtors. | |
| OCTAVIO VEGA and | **STIPULATION FOR DISMISSAL OF** |
| ANITA VEGA, | **ADVERSARY PROCEEDING** |
| Plaintiffs, | |
| vs. | |
| PATELCO CREDIT UNION, | |
| Defendants. | |

The parties hereto, by and through their respective counsel, hereby stipulate to dismiss this adversary proceeding (number 10-10219) pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41.

Dated: April 30, 2010.

                                                *Thomas F. Jeffrey*
                                                THOMAS F. JEFFREY
                                                Attorney for Plaintiffs

1

1
2  Dated: May 7, 2010.

3                                                            */s/ Reilly Wilkinson*
   Reilly Wilkinson
4  Attorney for Defendant

2

STIPULATION FOR DISMISSAL

Case: 10-01014   Doc# 5   Filed: 05/14/10   Entered: 05/14/10 15:48:12   Page 2 of 2